**RETURN REQUEST OF COPIES:**
Charles Edward Lincoln III
c/o Peyton Freiman
603 Elmwood #6
Austin, TX 78705

U.S. COURTS
SEP 0 1 2009
Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

Comes now Charles Edward Lincoln III who files this Notice of Pendency of Action pursuant to Idaho Code § 6-504. He files this putting all potential buyers, creditors or interested parties on notice: he has filed an Original Complaint for Quiet Title on September 1st 2009 in the US District Court, District of Idaho, Boise. The case header reads: Charles Edward Lincoln (Plaintiff) V. Northwest Trustee Services, Wells Fargo & John and Jane Does 1-10 (Defendants) (case no: CIV09-430-S-BLW).

Charles Edward Lincoln III identifies the principal property as 402 and 404 Andrew Court Road, Caldwell Idaho 83605 being legally described as :

**Lot 17, Block 1, Augustina Subdivision, Canyon County, Idaho, according to the official plat thereof, filed in Book 23 of Plats Page 38, records of said County.**

**RELIEF SOUGHT:** Charles Edward Lincoln III as Plaintiff seeks damages under RICO for fraud perpetrated by the Defendants in the above cited case as well as quiet title to the property in question.

Charles Edward Lincoln III, puts all interested parties on notice to the above cited and pending action in Federal Court in reference to the above cited and legally described property.