CIV09-430-S-BLW

**U.S. COURTS**

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

SEP 02 2009

Civil Action No.

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Northwest Trustees services through__
was received by me on *(date)* __9-1-09__ . __their agent Derrick O'Neil__

☒ I personally served the summons on the individual at *(place)* __300 Main St. suite 150, Boise, IDAHO__ on *(date)* __9-1-09__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Derrick O'Neil__, who is designated by law to accept service of process on behalf of *(name of organization)* __Northwest Trustees Services__ on *(date)* __9-1-09, 5:20pm__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9-2-09__

_____
Server's signature

__Peyton Freiman__
Printed name and title

__603 Elmwood #6 Austin TX, 78705__
Server's address

Additional information regarding attempted service, etc: