AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_CHARLES EDWARD LINCOLN III_
Plaintiff

v.        Civil Action No. _CIV09-430-S-BLW_

_NORTHWEST TRUSTEE SERVICES, et al_
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WILLIAM "BILL" HURST
1115 ALBANY ST.
CALDWELL, ID 83605

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Edward Lincoln III
6102 Valley View Dr.
Lago Vista TX, 78645

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/03/2009        _Carrie McMahan_
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

**U.S. COURTS**

**SEP 03 2009**

Civil Action No.

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WILLIAM "BILL" HURST
was received by me on *(date)* 9-2-09 .

☒ I personally served the summons on the individual at *(place)* Through an employee 1115 ALBANY ST. CALDWELL, ID 83605 on *(date)* 9-2-09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TARYN WHITE , who is designated by law to accept service of process on behalf of *(name of organization)* Admin specialist and employee of the Caldwell County recorders office on *(date)* 9-2-09 (12:40 PM) ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-2-09

*Server's signature*

PEYTON FREIMAN
*Printed name and title*

603 ELMWOOD #6, AUSTIN TX 78705
*Server's address*

Additional information regarding attempted service, etc: