CASE NO: CIV09-430-S-BLW

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

U.S. COURTS

Civil Action No. _____

SEP 03 2009

Rcvd____ Filed____ Time____
CAMERON BURKE
CLERK, DIST.... OF IDAHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* CHRIS SMITH, SHERRIF (THROUGH HIS ASSISTANT)

was received by me on *(date)* 9-3-09

☒ I personally served the summons on the individual at *(place)* 1115 ALBANY ST. CALDWELL, ID 83605 on *(date)* 9-2-09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DEBBIE MCRAE, who is designated by law to accept service of process on behalf of *(name of organization)* RECORD SECTION SUPERVISOR, SHERRIF'S OFFICE on *(date)* 9-2-09 12:35 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9-2-09

_____
Server's signature

Peyton Freiman
Printed name and title

603 ELMWOOD #6, AUSTIN TX 78705
Server's address

Additional information regarding attempted service, etc: