Charles E. Lincoln, Plaintiff, *pro se*
E-Mail: charles.lincoln@rocketmail.com
c/o Dr. Orly Taitz, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7036
California State Bar No.: 223433
E-Mail: dr_taitz@yahoo.com

U.S. COURTS

OCT 13 2009

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III,<br>    Plaintiffs,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES.<br>WELLS FARGO BANK, as successor by<br>merger to WELLS FARGO HOME<br>MORTGAGE, INC., FIRST AMERICAN<br>TITLE CORPORATION, THE<br>FLORIDA DEFAULT LAW GROUP,<br>L.L.C., FIRST AMERICAN<br>CORPORATION, WILLIAM "BILL"<br>HURST, CHRIS SMITH, and all JOHN<br>& JANE DOES 1-50,<br>    Defendants. | CIVIL ACTION NUMBER:<br>**09-430-S-BLW**<br><br>TRIAL-BY-JURY DEMANDED |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY TO WELLS FARGO BANK'S RESPONSE
TO MOTION FOR TEMPORARY RESTRAINING ORDER**

Comes now that Plaintiff, Charles Edward Lincoln, III, with this Motion for Enlargement of Time to File Reply to Wells Fargo Bank's Response to Motion for Temporary Restraining Order. Defendant Wells Fargo filed its response on September 25, 2009, and the Court Clerk specified on the electronic docket that Replies were due on October 13, 2009. The undersigned *pro se* Plaintiff has been attempting to secure representation by licensed counsel.

*Plaintiff's Motion for Enlargement of Time to File Reply*   --1--   Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

Lincoln now has a draft contract of retainer, pending final approval, with a California attorney, Dr. Orly Taitz, whose address appears above, to represent him in this and other pending litigation. Dr. Taitz will file her motion to appear and for substitution of counsel, and for admission pro hac vice, by the end of the present week (Friday, October 16, 2009).

It is counsel's purpose to apply for Class Certification of this action, but Dr. Taitz will be in New York City Monday October 12, 2009-Wednesday October 14, 2009, and accordingly these arrangements cannot be finalized until Dr. Taitz' return.

Wherefore, Plaintiff prays for an enlargement of time until Friday, October 23, 2009, to file his reply to Defendant Wells Fargo Bank's Response to Plaintiff's Application for Temporary Restraining Order.

PRE-FILING CONFERENCE NOT POSSIBLE:

Given the Columbus Day holiday, there was no opportunity effectively to consult with opposing counsel, but Plaintiff will contact opposing counsel by e-mail and request their agreement or stipulation to this ten day enlargement of time; Plaintiff commits to informing the Court if any opposing counsel should agree to his request.

Plaintiff will, for his part, stipulate that he is willing to agree to a continuance of the reset hearing of October 27, 2009, at 1:00 p.m. to any time the following first week of November if the Court or the Defendants believe that Friday, October 23, 2009, provides insufficient time for the Defendants to review Plaintiffs' first filings submitted by soon to be retained counsel.

Plaintiff Lincoln would like to specify that he is grateful to the Court for the resetting to an afternoon and requests that all settings in this case be made in the afternoon on account of the probability that Plaintiff must fly in the morning of the hearing. Consistent afternoon settings for all future hearings in this case would be greatly and sincerely appreciated.

*Plaintiff's Motion for Enlargement of Time to File Reply*  —2—  Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

Plaintiff furthermore asks the Court and Court clerk to take notice of his change of address, that all future communications should be sent to him at the addresses above and below in care of Dr. Orly Taitz, 29829 Santa Margarita Parkway, Rancho Santa Margarita, California 92688.

Sunday, October 11, 2009

Respectfully submitted,

By: _____
Charles Edward Lincoln, Plaintiff, *pro se*
c/o Dr. Orly Taitz, Esq. (Cal. Bar 223433)
Attorney for the Plaintiff
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel.: 949-683-5411; Fax: 949-766-7036
E-Mail: dr_taitz@yahoo.com

*Plaintiff's Motion for Enlargement of Time to File Reply* —3—

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

## PROOF OF SERVICE

I the undersigned Charles Edward Lincoln, being over the age of 18 and the Plaintiff in this case, do hereby declare under penalty of perjury that on this, Sunday, October 11, 2009, I provided electronic (e-mail attachment) copies of the Plaintiffs' above-and-foregoing Motion for Enlargement of Time to File Reply upon:

Kenneth C Howell
HAWLEY TROXELL ENNIS & HAWLEY
PO Box 1617
Boise, ID 83701
(208) 344-6000
Fax: 1-208-342-3829
Email: kch@hteh.com
                        and

Samuel Bedell Laugheed
CANYON COUNTY PROSECUTING ATTORNEY'S OFFICE
1115 Albany St
Caldwell, ID 83605
208-454-7383
Email:

DONE AND EXECUTED ON THIS Sunday the 11th day of October, 2009.

*(signature)*

Charles Edward Lincoln, III
Tierra Limpia/Deo Vindice
c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705
charles.lincoln@rocketmail.com
Tel: (512) 923-1889
NEW ADDRESS:
c/o Dr. Orly Taitz, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7036
California State Bar No.: 223433

*Plaintiff's Motion for Enlargement of Time to File Reply* —4—

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com