Kenneth C. Howell, ISB No. 3235
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5226
Email: khowell@hawleytroxell.com

Attorneys for Defendant WELLS FARGO BANK

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III,<br><br>           Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, WELLS FARGO BANK, as successor by merger to WELLS FARGO HOME MORTGAGE, INC., FIRST AMERICAN TITLE CORPORATION, THE FLORIDA DEFAULT LAW GROUP, L.L.C., FIRST AMERICAN CORPORATION, WILLIAM "BILL" HURST, CHRIS SMITH, and all JOHN & JANE DOES 1-50,<br><br>           Defendants. | Case No. CV 09-430-S-BLW<br><br>NOTICE OF NON-OBJECTION |

COMES NOW Defendant Wells Fargo Bank and hereby files its Notice of Non-Objection to Plaintiff's Motion for Enlargement of Time to File Reply to Wells Fargo Bank's Response to Motion for Temporary Restraining Order.

NOTICE OF NON-OBJECTION - 1

DATED THIS 14th day of October, 2009.

            HAWLEY TROXELL ENNIS & HAWLEY LLP

            By _____
              Kenneth C. Howell
              Attorneys for Defendant WELLS FARGO
              BANK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2009, I electronically filed the foregoing NOTICE OF NON-OBJECTION with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Charles Edward Lincoln, III<br>charles.e.lincoln@att.net | John T. Bujak<br>jbujak@canyonco.org |
| Samuel B. Laugheed<br>slaugheed@canyonco.org | |

_____
Kenneth C. Howell