Charles E. Lincoln, Plaintiff, *pro se*
E-Mail: charles.lincoln@rocketmail.com
c/o Dr. Orly Taitz, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
California State Bar No.: 223433
E-Mail: dr_taitz@yahoo.com

U.S. COURTS

OCT 23 2009

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III, §<br>   Plaintiffs,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES.<br>WELLS FARGO BANK, as successor by<br>merger to WELLS FARGO HOME<br>MORTGAGE, INC., FIRST AMERICAN<br>TITLE CORPORATION, THE<br>FLORIDA DEFAULT LAW GROUP,<br>L.L.C., FIRST AMERICAN<br>CORPORATION, WILLIAM "BILL"<br>HURST, CHRIS SMITH, and all JOHN<br>& JANE DOES 1-50,<br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NUMBER:<br>§ **09-430-S-BLW**<br>§<br>§<br>§ TRIAL-BY-JURY DEMANDED<br>§<br>§<br>§<br>§ MOTION TO SUBSTITUTE<br>§ COUNSEL AND FOR<br>§ CONTINUANCE OF HEARING |

<u>**MOTION TO SUBSTITUTE COUNSEL FOR PRO SE LITIGANTS and**</u>
<u>**MOTION FOR CONTINUANCE OF MORNING TELEPHONIC AND AFTERNOON**</u>
<u>**HEARINGS NOW SET FOR TUESDAY OCTOBER 27, 2009**</u>
<u>**UNTIL ANY DAY NOVEMBER 3-24, 2009**</u>
<u>**AND ADDITIONAL ENLARGEMENT OF TIME, UNTIL OCTOBER 30, 2009 TO FILE**</u>
<u>**REPLY TO RESPONSE**</u>

Comes now the undersigned Dr. Orly Taitz, Esq., to substitute as counsel subject to her application for admission Pro Hac Vice in the United States District Court for the District of Idaho. The undersigned is a member in good standing of the California Bar (California Bar Card Number 223433), and is also admitted to practice before the United States Supreme

*Plaintiff's Motion for Continuance of October 27, 2009 Hearing*
*and for additional enlargement of time to File Reply*

--1--

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

Court and represents the above Plaintiff (Charles Edward Lincoln) in other real estate litigation in other states, including but not limited to California and Florida. The undersigned is in search of local counsel but asks that the Court at least temporarily waive its requirement.

The undersigned attorney hereby moves to substitute in as counsel for the following Plaintiff, previously proceeding "pro se", who consents to the substitution and appearance of counsel (and join in her request that she be admitted pro hac vice) by his signature below.

**Charles Edward Lincoln, III;**
***c/o Peyton Yates Freiman***
**603 Elmwood Place, Suite #6**
**Austin, Texas 78705**
**Telephone: 512-968-2500**
**Facsimile: 561-691-1423 (c/o Dr. Kathy Lawson)**

The undersigned attorney submits that she is unfamiliar with many aspects of this case at the time of filing this Motion for Substitution of Counsel and also requests additional time and a continuance of the hearing scheduled on October 26th, 2009, to respond to the Defendant's Answer and possibly to file a First Amended Complaint in this case and possibly adjust other issues of litigation strategy and recourse.

The undersigned attorney submits to the Court that she cannot be present in Court due to developments in other high-profile litigation which require her immediate attention, and that she requires until November 3th, or any time in the three weeks thereafter the original scheduled hearing to prepare.

Furthermore, the Undersigned Counsel requests an additional week, until October 30, 2009, to file her REPLY to the Defendants' RESPONSE to Plaintiffs' Application for Temporary Restraining Order.

*Plaintiff's Motion for Continuance of October 27, 2009 Hearing and for additional enlargement of time to File Reply* —2—

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

**WHEREFORE**, Plaintiff pray that this Court will approve the substitution of counsel proposed herein above and approved by the original Plaintiff Charles Edward Lincoln III below (by his signature), as well as reschedule the hearings (both morning by telephone re scheduling and afternoon in Court for Preliminary Injunction, be reset from the current times of Tuesday, 8:30-a.m., and 1:00 p.m. on Tuesday, October 27th for the anytime during the three week between Tuesday, November 3-24, 2009.

Thursday, October 22, 2009

Respectfully submitted,

By: _____
Dr. Orly Taitz, Esq. (Cal. Bar 223433)
Attorney for the Plaintiff
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel.: 949-683-5411; Fax: 949-766-7036
E-Mail: dr_taitz@yahoo.com

*Plaintiff's Motion for Continuance of October 27, 2009 Hearing and for additional enlargement of time to File Reply*   —3—   Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com

## PROOF OF SERVICE

I the undersigned Charles Edward Lincoln, being over the age of 18 and the Plaintiff in this case, do hereby declare under penalty of perjury that on this, THURSDAY, October 22, 2009, I provided electronic (e-mail attachment) copies of the Plaintiffs' above-and-foregoing Motion TO Substitute Counsel for Pro Se Litigants, for Continuance of Hearing Now set for October 27, 2009, and for Enlargement of Time to File Reply upon:

Kenneth C Howell
HAWLEY TROXELL ENNIS & HAWLEY
PO Box 1617
Boise, ID 83701
(208) 344-6000
Fax: 1-208-342-3829
Email: kch@hteh.com

and

Samuel Bedell Laugheed
CANYON COUNTY PROSECUTING ATTORNEY'S OFFICE
1115 Albany St
Caldwell, ID 83605
208-454-7383
Email:

DONE AND EXECUTED ON THIS Thursday the 22nd day of October, 2009.

---

Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705
charles.lincoln@rocketmail.com
Tel: (512) 923-1889
On behalf of Attorney:
Dr. Orly Taitz, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7036
California State Bar No.: 223433

*Plaintiff's Motion for Continuance of October 27, 2009 Hearing and for additional enlargement of time to File Reply* —4—

Dr. ORLY TAITZ, Attorney-at-Law
29839 Santa Margarita Parkway
Rancho Santa Margarita, Ca 92688
(949) 683-5411; e-mail: dr_taitz@yahoo.com