JRTS
.BLDG.
042

300

U.S. MARSHAL

DEC 14 2009

EXAMINED

Send to sender

Charles Edward Lincoln, III
c/o Dr. Orly Taitz
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688

Charles Lincoln is no

016H16504920

$00.440
11/30/2009
Mailed From 83724
US POSTAGE

NIXIE        927   5C  1           00  12/07/09
                RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 83724                    *1436-18028-30-36

---

District of Idaho Live CM/ECF          https://ecf.idd.circ9.dcn/cgi-bin/Dispatch.pl?811664735865862

## Utility Events

1:09-cv-00430-BLW Lincoln v. Northwest Trustee Services et al
LC3, PROSE

**U.S. District Court**

**District of Idaho (LIVE Database) Version 4.0.3**

U.S. COURTS

DEC 14 2009

Rcvd____ Filed____ Time____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

### Notice of Electronic Filing

The following transaction was entered on 11/30/2009 at 9:31 AM MST and filed on 11/30/2009
**Case Name:**       Lincoln v. Northwest Trustee Services et al
**Case Number:**     1:09-cv-00430-BLW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**The 60 day deadline has expired. Case will remain with District Judge. No more notice of availability will be sent out. (jm)**

**1:09-cv-00430-BLW Notice has been electronically mailed to:**

Kenneth C Howell     kch@hteh.com, tas@hteh.com

Samuel Bedell Laugheed     slaugheed@canyonco.org