Charles E. Lincoln, Plaintiff, *pro se*
E-Mail: charles.lincoln@rocketmail.com
c/o 603 Elmwood Place, Suite #6
Austin, Texas 78705
Tel: (512) 968-2500; Fax (561) 615-3105

**U.S. COURTS**

**FEB 19 2010**

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

CHARLES EDWARD LINCOLN, III, §
    Plaintiffs, §
§
vs. §
§
NORTHWEST TRUSTEE SERVICES. §  CIVIL ACTION NUMBER:
WELLS FARGO BANK, as successor by § **09-430-S-BLW**
merger to WELLS FARGO HOME §
MORTGAGE, INC., FIRST AMERICAN §
TITLE CORPORATION, THE § TRIAL-BY-JURY DEMANDED
FLORIDA DEFAULT LAW GROUP, §
L.L.C., FIRST AMERICAN § CHANGE OF ADDRESS and
CORPORATION, WILLIAM "BILL" §
HURST, CHRIS SMITH, and all JOHN § MOTION TO REOPEN TIME
& JANE DOES 1-50, § FOR AMENDMENT & TO
    Defendants. § ADD PARTIES DEFENDANT

## MOTION TO REOPEN TIME FOR AMENDMENT & TO ADD PARTIES

**CHANGE OF ADDRESS:**

Plaintiff prays that the Court will resend any orders or notices which were returned to him undelivered and direct all future mail to him at:

        **Charles Edward Lincoln, III**

        **603 Elmwood Place, Suite #6**

        **Austin, Texas 78705**

and note his change of fax number to (561) 615-3105 also.

**NEED TO REOPEN TIME FOR AMENDMENT AND TO ADD PARTIES**

There has been a material change in the status quo since this Plaintiff's last filing with the Court. The Defendants, either by and through their employees or through

*Plaintiff's Motion to Reopen Time to File Amended Complaint*  --1--  Charles Edward Lincoln, III, pro se, in pro per
*And to Add Parties Defendant to be identified as a result of New Developments*     c/o Peyton Yates Freiman
   603 Elmwood Place, Suite #6
   Austin, Texas 78705
   (512) 968-2500; charles.lincoln@rocketmail.com

their unknown agents, appear to have taken control over the property, subject of this litigation, or else some independent third-parties have done so in violation of the litigants' rights herein.

Plaintiff is (obviously) as yet without full information concerning the use or disposition of the property, but as explained in the e-mail attached here as Exhibit A, sent last week to the Defendants, the previous tenants stopped paying the rent and have refused to communicate with the Plaintiff or his agents since mid-December, despite having signed a renewed lease with the Plaintiff as landlord in November. Not being a resident in Idaho, Plaintiff requires at least 60 days to verify the identity of the persons responsible for his dispossession of the property.

CERTIFICATE OF CONFERENCE: Plaintiff send e-mails last week to all Defense Counsel, but received no response from any attorney until yesterday, February 16, 2010, when Mr. Howell, counsel of record for Wells Fargo, stated that his client would not agree.

WHEREFORE, Plaintiff prays that the Court will reopen the time for amendment and to add parties, and that this Court will allow him until April 21, 2010 to file a First Amended Complaint after investigation of the facts. The alternative is for Plaintiff to file a separate complaint under the new facts relating to the same property and to move for consolidation of cases.

Wednesday, February 17, 2010

Respectfully submitted,

By: _____
Charles E. Lincoln, Plaintiff, *pro se*
E-Mail: charles.lincoln@rocketmail.com
c/o 603 Elmwood Place, Suite #6
Austin, Texas 78705
Tel: (512) 968-2500; Fax (561) 615--3105

*Plaintiff's Motion to Reopen Time to File Amended Complaint*   --2--
*And to Add Parties Defendant to be identified as a result of New Developments*

Charles Edward Lincoln, III, pro se, in pro per
c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705
(512) 968-2500; charles.lincoln@rocketmail.com

## CERTIFICATE OF SERVICE

I, Plaintiff Charles E. Lincoln provided electronic (e-mail attachment) copies of the Plaintiffs' above-and-foregoing Motion to Reopen Time for Amendment of Complaint and to add parties Defendant on:

Kenneth C Howell
HAWLEY TROXELL ENNIS & HAWLEY
PO Box 1617
Boise, ID 83701
(208) 344-6000
Fax: 1-208-342-3829
Email: kch@hteh.com

And

Samuel Bedell Laugheed and/or John T. Bujak
CANYON COUNTY PROSECUTING ATTORNEY'S OFFICE
1115 Albany St
Caldwell, ID 83605
208-454-7383
Email: slaugheed@canyonco.org, jbujak@canyonco.org

ON THIS Wednesday, February 17, 2010

_____
Charles Edward Lincoln, III
c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705
freimanthird@gmail.com
charles.lincoln@rocketmail.com
Tel: (512) 923-1889

*Plaintiff's Motion to Reopen Time to File Amended Complaint And to Add Parties Defendant to be identified as a result of New Developments* —3—

Charles Edward Lincoln, III, pro se, in pro per
c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705
(512) 968-2500; charles.lincoln@rocketmail.com

# Exhibit A:
# Plaintiff's E-Mail to Howell, Bujak, & Laugheed Dated Wednesday February 10, 2010

*Plaintiff's Motion to Reopen Time to File Amended Complaint*
*And to Add Parties Defendant to be Identified as a result of New Developments*

—4—

Charles Edward Lincoln, III, pro se, in pro per
c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705
(512) 968-2500; charles.lincoln@rocketmail.com

**Von:** Charles Lincoln (charles.lincoln@rocketmail.com)
**An:** John Bujak; Ken Howell
**Datum:** Mittwoch, den 10. Februar 2010, 12:51:10 Uhr
**CC:** Samuel Laugheed
**Betreff:** Deadline Next Week for Amendment

Dear Messers. Bujak, Howell, & Laugheed:

    We have a deadline next week for amendment of pleadings. There have been new factual developments concerning the property in Caldwell, Idaho, which probably require both the amendment of pleadings AND the inclusion of new or additional parties as Defendants.

    Something happened to the subject property at Andrews Court in December. Since nobody has provided me with any information, I am not sure what it is, and neither my assistant Peyton nor I have been able to make it back to Idaho since then. If any of you have any information, I would appreciate receiving an update, but I am guessing that you or your agents or your clients' agents paid MY tenants to move out, despite my having just signed a new lease with them.....that's pretty amazing, if true, but I haven't received any rent for January or February. I need to include this information in my amended pleadings and additions to the parties, it is hard to file amended pleadings without up-to-date information.

    As some of you may recall, I was trying to retain local counsel last Fall. That hasn't happened either. Dr. Orly Taitz and I have parted company, and in relation to another of the cases where we were arguing about what she promised to do, the judge has finally entered an order clearing me of any wrongdoing. (See attached). I know that various pundits and critics have been in touch with you about all this because they say that they have made contact with you on the blogs.

    All of this has taken a lot of time. Plus I have been constrained by the press of other work....related to Dr. Taitz, real estate, and politics...

    I am writing to request your agreement for an enlargement of time until at least April 15, 2010, to file an Amended Complaint reflecting all the new developments, unless you can provide this information for me directly from your sources by March 15, 2010.

    I appreciate your time and response to this request for agreement and information.

*Deo Vindice*
*"May the Lord God be with you,*
      *and with thy spirit!"*
*Charles E. Lincoln, III*
   *Spiritual Patriot*
   <u>*Tierra Limpia*</u>
*Tel: 512.968.2500*

# Exhibit B:
# Kenneth Howell's
# February 17, 2010
# Response to Plaintiff's
# Letter

*Plaintiff's Motion to Reopen Time to File Amended Complaint* —5— Charles Edward Lincoln, III, pro se, in pro per
*And to Add Parties Defendant to be identified as a result of New Developments* c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705
(512) 968-2500; charles.lincoln@rocketmail.com

**Von:** Ken Howell (khowell@hawleytroxell.com)
**An:** charles.lincoln@rocketmail.com; slaugheed@canyonco.org; jbujak@canyonco.org
**Datum:** Dienstag, den 16. Februar 2010, 23:20:32 Uhr
**Betreff:** Re: Motion to Reopen Time for Amendment

Mr. Lincoln:

Wells Fargo will not agree to the extension you request.

Regards,

Ken Howell

---

**From:** Charles Lincoln <charles.lincoln@rocketmail.com>
**To:** Ken Howell; Ken Howell; Samuel Laugheed <slaugheed@canyonco.org>; John Bujak <jbujak@canyonco.org>
**Sent:** Tue Feb 16 16:44:19 2010
**Subject:** Motion to Reopen Time for Amendment

Dear Sirs:

I was disappointed not to hear back from any of you last week. I would appreciate information on the disposition of the property on Andrews Court in Caldwell, Idaho.

Happy Mardi Gras!

*Deo Vindice*
*"May the Lord God be with you,*
*and with thy spirit!"*
*Charles E. Lincoln, III*
   *Spiritual Patriot*
   *Tierra Limpia*
*Tel: 512.968.2500*

---

Do You Yahoo!?
Sie sind Spam leid? Yahoo! Mail verfügt über einen herausragenden Schutz gegen Massenmails.
http://mail.yahoo.com

# Exhibit C:
# Plaintiff's Response to Howell,
# February 17, 2010

*Plaintiff's Motion to Reopen Time to File Amended Complaint*  --6--
*And to Add Parties Defendant to be identified as a result of New Developments*

Charles Edward Lincoln, III, pro se, in pro per
c/o Peyton Yates Freiman
603 Elmwood Place, Suite #6
Austin, Texas 78705
(512) 968-2500; charles.lincoln@rocketmail.com

**Von:** Charles Lincoln (charles.lincoln@rocketmail.com)
**An:** Ken Howell
**Datum:** Mittwoch, den 17. Februar 2010, 3:41:45 Uhr
**Betreff:** AW: Motion to Reopen Time for Amendment

Dear Mr. Howell:
How about some information on what happened to my tenants in December? They sign a lease in November and then vanish one month later? Would your clients like to agree to tell me whatever they know about the current status of the property and who was responsible for interfering with MY income from it?

*Deo Vindice*
*"May the Lord God be with you,*
*and with thy spirit!"*
*Charles E. Lincoln, III*
   *Spiritual Patriot*
   *Tierra Limpia*
*Tel: 512.968.2500*

---

**Von:** Ken Howell <khowell@hawleytroxell.com>
**An:** charles.lincoln@rocketmail.com; slaugheed@canyonco.org; jbujak@canyonco.org
**Gesendet:** Dienstag, den 16. Februar 2010, 23:20:32 Uhr
**Betreff:** Re: Motion to Reopen Time for Amendment

Mr. Lincoln:

Wells Fargo will not agree to the extension you request.

Regards,

Ken Howell

---

**From:** Charles Lincoln <charles.lincoln@rocketmail.com>
**To:** Ken Howell; Ken Howell; Samuel Laugheed <slaugheed@canyonco.org>; John Bujak <jbujak@canyonco.org>
**Sent:** Tue Feb 16 16:44:19 2010
**Subject:** Motion to Reopen Time for Amendment

Dear Sirs:
I was disappointed not to hear back from any of you last week. I would appreciate information on the disposition of the property on Andrews Court in Caldwell, Idaho.
Happy Mardi Gras!

*Deo Vindice*
*"May the Lord God be with you,*
*and with thy spirit!"*
*Charles E. Lincoln, III*
   *Spiritual Patriot*