IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES EDWARD LINCOLN, III<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES, et al.,<br><br>Defendants. | Case No. 1:CV 09-0430-BLW<br><br>**ORDER** |

In the Court's Pretrial Order (docket no. 34), the Court ruled that if the plaintiff failed to file a motion to take default against defendant Northwest Trustee Services on or before December 23, 2010, the Court would dismiss that defendant. The plaintiff did not file the required motion and hence the defendant will be dismissed.

NOW THEREFORE IT IS HEREBY ORDERED, that defendant Northwest Trustee Services is DISMISSED.

DATED: **December 30, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1